COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-13-00632-CR

Style:     Israel Castillo

     **v** The State of Texas

Date motion filed[*]:     January 16, 2014

Type of motion:     Motion for extension of time to file reporter's record

Party filing motion:     Court reporter

Document to be filed:     Reporter's record

If motion to extend time:

     Original due date:     October 30, 2013

     Number of extensions granted:     0     Current Due date:  October 30, 2013

     Date Requested:     February 14, 2014

Ordered that motion is:

     ☑     Granted

          If document is to be filed, document due:  February 14, 2014

          ☑     No further extensions of time will be granted

     ☐     Denied

     ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐     Other: _____

     **The record was originally due on October 30, 2013. The record is ordered filed no later than February 14, 2014, and no further extensions will be granted.** *See* **TEX. R. APP. P. 35.3(c) (requiring court to ensure record is timely filed).**

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>

          ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: January 28, 2014

November 7, 2008 Revision